```
                                 United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                   Case No. 19-00375-RNO
Melodie D Russell                                                        Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-4           User: KADavis                Page 1 of 2          Date Rcvd: Apr 11, 2019
                               Form ID: ntcnfhrg            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
```
db             +Melodie D Russell,    701 2nd Street, Apt 1,    Williamsport, PA 17701-5911
5156042        +Commonwealth Fin Sys,    245 Main Street,    Scranton, PA 18519-1641
5156041        +Commonwealth Fin Sys,    Attn: Bankruptcy,    245 Main Street,    Dickson City, PA 18519-1641
5156045        +First Federal Credit Control,    Attn: Bankruptcy,    24700 Chagrin Blvd, Ste 205,
                 Cleveland, OH 44122-5662
5156046        +First Federal Credit Control,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
5156047        +Green Brier Em Svc Inc,    245 Main St,    Scranton, PA 18519-1641
5156052         U.S. Department of Education,    Po Box 4222,    Iowa City, IA 52244
5156051        +U.S. Department of Education,    Ecmc/Bankruptcy,    Po Box 16408,    Saint Paul, MN 55116-0408
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5165432         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 19:11:40      CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5156040        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 11 2019 19:11:59      Capital One,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
5156043        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 11 2019 19:11:39      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
5156044        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 11 2019 19:11:51      Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
5180168         E-mail/Text: jennifer.chacon@spservicing.com Apr 11 2019 19:11:11
                 Deutsche Bank National Trust Company et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
5170783        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 11 2019 19:10:56      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5184173         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 19:12:01
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5157063        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 19:11:38
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5156048        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 19:12:01
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
5156049        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 19:11:40
                 Resurgent Capital Services,    Po Box 10587,    Greenville, SC 29603-0587
5156050         E-mail/Text: jennifer.chacon@spservicing.com Apr 11 2019 19:11:11
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
5179508         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 11 2019 19:27:21      Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
5156054         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2019 19:10:41
                  Verizon Wireless,    National Recovery Operations,    P.O. Box 26055,
                 Minneapolis, MN 55426-0055
5156053        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 11 2019 19:10:41
                  Verizon Wireless,    Attn: Verizon Wireless Bk,    500 Technology Dr, Ste 550,
                 Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0314-4           User: KADavis              Page 2 of 2              Date Rcvd: Apr 11, 2019
                               Form ID: ntcnfhrg          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2019 at the address(es) listed below:

          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          Gail Lee Hills    on behalf of Debtor 1 Melodie D Russell info@ghillslaw.com, gail.hills@ghillslaw.com;r59574@notify.bestcase.com
          James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                       TOTAL: 4

| UNITED STATES BANKRUPTCY COURT |
|---|
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
|---|---|---|
| Melodie D Russell,<br>aka Melodie D Carter, aka Melodie D Leonard, | Chapter | 13 |
| **Debtor 1** | Case No. | 4:19−bk−00375−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 10, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court<br>US Courthouse, Courtroom #3, 3rd Floor, 240 West 3rd Street,<br>Williamsport, PA 17701 | Date: May 17, 2019<br><br>Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St,Rm320,Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: KADavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 11, 2019 |

ntcnfhrg (03/18)